ETTA LEONHAUSER, PLAINTIFF, v. ANNA W. HALL, DEFENDANT.

Submitted February term, 1924—Decided May 26, 1924.

**Ejectment—Motion to Open Judgment—Legal Defense Not Shown.**

On rule.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN and BLACK.

For the plaintiff, *George W. V. Moy.*

For the defendant, *Harvey Rothberg.*

PER CURIAM.

This is a rule to show cause, dated October 7th, 1921, why a judgment in ejectment in favor of the plaintiff, entered on December 8th, 1921, should not be opened and the defendant permitted to file an answer. Under the rule testimony was taken. From that testimony our conclusion is that the defendant has failed to show a legal defense to the action. The rule, therefore, is discharged, and the judgment entered December 8th, 1921, is allowed to stand.